

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| John Finley Walker, | § | No. 08-17-00133-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| The State of Texas, | § | of Brewster County, Texas |
| State. | § | (TC# 4397) |
| | § | |

## **O R D E R**

The Court has received and filed the supplemental clerk's record requested in this Court's order issued November 16, 2017. The trial court has appointed Sara Priddy as counsel for the Appellant in the above styled and numbered appeal.

Further, Appellant's brief shall be due January 10, 2018.

IT IS SO ORDERED this 11th day of December, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.